```
                              UNITED STATES BANKRUPTCY COURT
                                         for the
                                 Middle District of Florida
                                      Orlando Division

In Re: MOHAMMAD M. BASEEL
       ANILA M. BASEEL
       8482 E. AMBERWOOD ST.
       ANEHEIM HILLS, CA  92808


       Case Number: 6:99-bk-08477-KSJ
                                                          Case Filed on: October 13, 1999
                                                          Plan Confirmed on: May 12, 2000
                                                            Closed Date: September 9, 2004

                                     Trustee's Final Report
                                     This case was COMPLETED

       Total funds received and disbursed pursuant to the plan: $89,908.53    Amount Disbursed:
---------------------------------------------------------------------------------------------------
Claim           Nmae of the        Claimed by     Allowed by  To be paid      Principal     Interest
Number          Claimant           the Creditor   the Court   under the plan  Paid          Paid
---------------------------------------------------------------------------------------------------
AT     DOUGLAS W. NEWAY                  .00            .00           .00           .00          .00
                                  --------------- --------------- --------------- --------------- ---------------
                Total Admin.             .00            .00           .00           .00          .00

                                  --------------- --------------- --------------- --------------- ---------------
                Total Priority           .00            .00           .00           .00          .00

       MOHAMMAD M. BASEEL & ANILA M.     .00            .00           .00           .00          .00
                                  --------------- --------------- --------------- --------------- ---------------
                Total Refund             .00            .00           .00           .00          .00

007    AMSOUTH                     20,590.51       26,097.60     26,097.60     26,097.60         .00
003    AMSOUTH                     20,590.51            .00           .00           .00          .00
008    COUNTRYWIDE HOME LOANS      98,216.77       98,216.77     98,216.77     51,875.43         .00
108    COUNTRYWIDE HOME LOANS       2,270.85        2,270.85      2,270.85      2,106.37         .00
011    HRS   RHODES                   697.74           60.00         60.00         60.00         .00
012    HRS   RHODES                   697.74            .00           .00           .00          .00
013    HRS BEST BUY                 3,853.67          216.00        216.00        216.00         .00
010    MAYOR'S JEWELERS               124.75          124.75        124.75        124.75         .00
                                  --------------- --------------- --------------- --------------- ---------------
                Total Secured     147,042.54      126,985.97    126,985.97     80,480.15         .00

006    AMSOUTH                      4,209.00        4,209.00      4,209.00      1,134.92         .00
004    BANK OF AMERICA              5,693.06        5,693.06      5,693.06      1,535.08         .00
111    HRS   RHODES                   647.74          647.74        647.74        174.65         .00
113    HRS BEST BUY                 3,653.67        3,653.67      3,653.67        985.18         .00
001    RESURGENT CAPITAL SERV       1,002.43        1,002.43      1,002.43        270.30         .00
002    RESURGENT CAPITAL SERV         967.02          967.02        967.02        260.75         .00
009    RESURGENT CAPITAL SERV       2,311.08        2,311.08      2,311.08        623.17         .00
005    SHERMAN ACQUISITION          6,156.92        6,156.92      6,156.92      1,660.16         .00
                                  --------------- --------------- --------------- --------------- ---------------
                Total Unsecured    24,640.92       24,640.92     24,640.92      6,644.21         .00

|==========================================|===================================================================
|Total Funds Disbursed:         89,908.53  |Total All:    151,626.89     151,626.89     87,124.36          .00
|Non-Trustee Admin:                   .00  |
|Priority:                            .00  |
|Secured:                       80,480.15  |
|Unsecured:                      6,644.21  |
|Refund:                              .00  |
|Other Trustee Admin:                 .00  |
|Trustee Allowance:              2,784.17  |
|Amount Compromised:                  .00  |
|------------------------------------------|


Report Dated: October 14, 2004       _____/S/ LAURIE K. WEATHERFORD_____
                                          Laurie K. Weatherford, Trustee               Phone: (407)648-8841
                                          Middle District of Florida, P.O. Box 3450
                                          Winter Park, FL  32790
```